UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAEWOO KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUMP TRADING, LLC, and KANAV KARIYA,<br><br>Defendants. | No. 1:23-cv-02921<br><br>Judge Nancy L. Maldonado |

**DECLARATION OF JORDAN A. GOLDSTEIN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' OPPOSED MOTION
FOR AN EXTENSION OF TIME**

JORDAN A. GOLDSTEIN, an attorney duly admitted to practice law before this Court, declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm of Selendy Gay Elsberg PLLC, counsel for Plaintiff Taewoo Kim and the proposed class.

2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Opposed Motion for an Extension of Time.

3. Annexed hereto as Exhibit 1 is a true and correct copy of the October 21, 2022 Memorandum of Law in Support of Jump Trading, LLC, Terraform Labs, Pte. Ltd., Republic Maximal LLC, and Pantera Capital Management LP's Motion to Transfer Venue, filed as ECF No. 28 in *Albright v. Terraform Labs, Pte. Ltd.*, No. 22-cv-7281-JSR (S.D.N.Y.).

4. Annexed hereto as Exhibit 2 is a true and correct copy of a Westlaw search report indicating that the term "Commodity Exchange Act" is cited in 489 cases in the Northern District of Illinois, as compared to only 59 cases in the Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2023

/s/ *Jordan A. Goldstein*
Jordan A. Goldstein

2