**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Taewoo Kim

                    Plaintiff,

v.                                  Case No.: 1:23–cv–02921
                                  Honorable Nancy L. Maldonado

Jump Trading, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 30, 2023:

        MINUTE entry before the Honorable Nancy L. Maldonado:Pending before the Court is Defendants' motion for an extension of time [11], in which Defendants seek to extend their deadline to answer or otherwise respond to the complaint until after such time the Court resolves their forthcoming motion to transfer venue. The Court has reviewed the parties' briefing, [11], [14], [15], [17], and for the following reasons, Defendants' motion [11] is granted. The Court finds that considerations of judicial economy support resolving the transfer motion first, as that will determine whether the case ultimately proceeds in this forum, or in the Northern District of California. While the Court takes no position on the merits of the anticipated motion to transfer venue, the Court is mindful that if such a motion is granted and the case is transferred, that may have an impact on how Defendants decide to answer or otherwise respond to their complaint and which Circuit's precedent they cite. The Court finds it would potentially be wasteful of both parties' time and resources to have them brief such motions under Seventh Circuit authority when that may no longer apply if the Court ultimately decides to transfer the case. The Court thus finds good cause to grant Defendants' request. The Court enters the following schedule, modified slightly from Defendants' request: Defendants shall file their motion to transfer venue by 06/09/2023; Plaintiff's opposition is due 06/30/2023; Defendants reply due 07/14/2023. Defendants' deadline to answer or otherwise respond to the complaint is extended until 30 days after the Court issues its ruling on the forthcoming motion to transfer venue. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.