## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TAEWOO KIM, KASHYAP PATEL, KERRY WOOLLEY, and KEN WORSHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS, LLC (f/k/a 1HOLD1 LLC), KANAV KARIYA, and WILLIAM DISOMMA,<br><br>Defendants. | No. 1:23-cv-02921<br><br>Honorable Georgia N. Alexakis |

## JOINT NOTICE OF APPEAL

Please take notice that Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, Kanav Kariya and William DiSomma in the above-captioned action hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order, entered on May 9, 2025, denying Defendants' motion to compel arbitration (ECF No. 98).

Dated:    June 3, 2025
           New York, New York

                                      Respectfully submitted,

                                      KOBRE & KIM LLP

                                      */s/ Jonathan D. Cogan*
                                      Jonathan D. Cogan
                                      Steven W. Perlstein (admitted *pro hac vice*)
                                      Igor Margulyan (admitted *pro hac vice*)
                                      Daisy Y. Joo (admitted *pro hac vice*)
                                      Mathew T. Elder (admitted *pro hac vice*)
                                      800 Third Avenue
                                      New York, NY 10022
                                      Telephone: (212) 488-1200
                                      steven.perlstein@kobrekim.com

jonathan.cogan@kobrekim.com
igor.margulyan@kobrekim.com
daisy.joo@kobrekim.com
mathew.elder@kobrekim.com

Erika L. Berman (admitted *pro hac vice*)
1919 M Street, NW
Washington, DC 20036
Telephone: (202) 664-1900
erika.berman@kobrekim.com

*Attorneys for Defendants Jump Trading, LLC and Jump Crypto Holdings LLC*

/s/ Aitan D. Goelman
R. Miles Clark (admitted *pro hac vice*)
Aitan D. Goelman (admitted *pro hac vice*)
Christopher R. MacColl (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, DC 20037
Telephone: (212) 778-1800
agoelman@zuckerman.com
mclark@zuckerman.com
cmaccoll@zuckerman.com

Michael Frisch (Bar No. 6296533)
CROKE FAIRCHILD DUARTE & BERES
180 N. LaSalle St., Suite 3400
Chicago, IL 60601
Telephone: (847) 530-7419
mfrisch@crokefairchild.com

*Attorneys for Defendant Kanav Kariya*

/s/ Paul M. Krieger
Paul M. Krieger (admitted *pro hac vice*)
Jonathan F. Bolz (admitted *pro hac vice*)
Andrew N. Stahl (admitted *pro hac vice*)
KKL LLP
350 Fifth Ave. Ste. 7710
New York, NY 10118
Telephone: (212) 390-9552
Paul.Krieger@KKLllp.com
Jonathan.Bolz@KKLllp.com
Andrew.Stahl@KKLllp.com

*Attorneys for Defendant William DiSomma*