## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| TAEWOO KIM, KASHYAP PATEL, KERRY WOOLLEY, and KEN WORSHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>   v.<br><br>JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS, LLC (f/k/a 1HOLD1 LLC), KANAV KARIYA, and WILLIAM DISOMMA,<br><br>Defendants. | No. 1:23-cv-02921<br><br><br>Honorable Georgia N. Alexakis |

### MOTION FOR WITHDRAWAL OF ATTORNEY ANDREW N. STAHL AS COUNSEL OF RECORD FOR DEFENDANT WILLIAM DISOMMA

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant William DiSomma, by and through his counsel, hereby requests that this Court grant leave to Andrew N. Stahl to withdraw his appearance as one of the attorneys of record in this action. Mr. Stahl was admitted *pro hac vice* in this matter on behalf of Mr. DiSomma on August 29, 2024. Dkt. No. 73. Mr. Stahl has now left the firm of KKL LLP. Mr. DiSomma will continue to be represented by Paul M. Krieger and Jonathan F. Bolz of KKL LLP. Mr. DiSomma thus respectfully requests that the Court grant Andrew N. Stahl leave to withdraw as one of the attorneys of record in this action.

Dated:    October 27, 2025
            New York, New York

                               Respectfully submitted,

                               **KKL LLP**

                               /s/ Jonathan F. Bolz_____

                               Paul M. Krieger (admitted *pro hac vice*)
                               Jonathan F. Bolz (admitted *pro hac vice*)
                               350 Fifth Avenue, Suite 7710
                               New York, NY 10118
                               Telephone: (212) 390-9550
                               Paul.Krieger@KKLllp.com
                               Jonathan.Bolz@KKLllp.com

                               *Attorneys for Defendant William DiSomma*