**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Taewoo Kim, et al.
Plaintiff,
v.
Jump Trading, LLC, et al.
Defendant.

Case No.: 1:23−cv−02921
Honorable Georgia N. Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 21, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: The Court has reviewed the parties' joint status report [125] and sets a status hearing for 9/4/2026 at 8:30 a.m. for tracking purposes only. The case will not be called at that time, and no appearances are necessary. The Court will enter an order directing any next steps after that date. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.