**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Taewoo Kim, et al.
Plaintiff,
v.
Jump Trading, LLC, et al.
Defendant.

Case No.: 1:23−cv−02921
Honorable Georgia N. Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: The mandate from the United States Court of Appeals for the Seventh Circuit has returned to the Court. [135]. The Court understands, however, that on October 8, 2026, Defendants filed a petition for a writ of certiorari with the United States Supreme Court, and that petition remains pending. Appeal No. 25−1964, Dkt. 77. The Court further understands that the Seventh Circuit previously ordered that a stay of the mandate would "remain in effect" if a petition for a writ of certiorari were filed before October 19, 2026. [127]. The Court sets a telephonic status hearing for 11/9/2026 at 9:30 a.m. for the parties to provide clarity regarding next steps in these proceedings. The dial−in number is 650−479−3207, and the access code is 2318 941 4787. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.